UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

DENISE FRANKLIN                                        Chapter 7
                                                       Case No. 10-70676-WS.D
              Debtor.                                  Hon: Walter Shapero
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

To the Clerk of the Court:

   The attached check in the amount of $34.23, which represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347. The name and address of the party entitled to the unclaimed dividends is:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 1 | Sprint<br>PO Box 660092<br>Dallas, TX 75266-0092 | $34.23 |
|  | **TOTAL:** | **$34.23** |

Dated:   11/22/11                          /s/ Stuart A. Gold
                                           Stuart A. Gold, Trustee
                                           24901 Northwestern Hwy., Ste 444
                                           Southfield, MI 48075-2223
                                           (248) 350-8220
                                           stuart.gold@7trustee.net